# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| IN RE: | |
|---|---|
| **MENDEZ TORRES, LUIS A** | CASE NUMBER: 02-11195 (SEK) |
| DEBTOR(S) | (Chapter 7) |
| | NO ASSET CASE |

## NOTICE OF ABANDONMENT OF PROPERTY

**TO: THE UNITED STATES TRUSTEE, DEBTOR(S) AND PARTIES IN INTEREST**

Notice pursuant to 11 U.S.C. Section 554(a) was given through the 341 Meeting Notice whereby the Trustee notified his intention to abandon any real property or scheduled property at this Section 341 Meeting.

The property being abandoned is as follows:

Real Property: Located at Calle 411 bloque 141-16, Villa Carolina, Carolina, Puerto Rico

| 100%Value: | Amount Secured: | Estimated Expenses: | Claimed Exemptions: | Value to the Estate: |
|---|---|---|---|---|
| $90,000.00 | 72,000.00 | 0.00 | 18,000.00 | 0.00 |

Documents Included: Appraisal ( ) Creditors Statement ( ) Proof of Lien2( )
Enter zero (0) if estimated expenses and/or amount secured exceed actual or estimated value.

| Other Property | Value | Amt. Secured | Claimed Exemptions | Value to Estate |
|---|---|---|---|---|

THIS BEING A NO ASSET CASE, THE TRUSTEE HEREBY REQUESTS THIS HONORABLE COURT TO ORDER THE CLERK'S OFFICE TO GIVE NOTICE OF THIS ABANDONMENT TO ALL CREDITORS AS PER THE MASTER ADDRESS LIST.

Reasons for abandonment:
Property is burdensome or has no value to the estate.

Objections to abandonment must be filed in writing with the court and served within fifteen (15) days of the mailing of this notice.

**Date** 1/9/03

Wigberto Lugo Mendez, Trustee
PMB 241
3071 Alejandrino Ave
Guaynabo, PR 00969-7035
Tel. (787) 708-0333
Fax. (787) 708-0330

JAN 1 4 2003

cc: all creditors

# LOAN PAYOFF REQUEST

| BORROWER | SERVICER |
|---|---|
| LUIS A MENDEZ TORRES<br>THILZA CORDOVA MARTINEZ<br>URB.COUNTRY CLUB<br>MC19 CALLE 400<br>CAROLINA, PR 00982-1848 | DORAL FINANCIAL<br>1451 F.D. ROOSEVELT AVE.<br>SAN JUAN, PR 00920-2717<br>787-474-6400 |

**ACCOUNT NUMBER**  1- 411291

REPAYMENT CODE   0   LOAN TYPE   1   FHA LOAN

**PROPERTY ADDRESS**  URB VILLA CAROLINA 141-16- CALLE 411, CAROLINA, PR 00985

DATE  1-07-03

**LOAN BALANCE**  (ORIGINAL LOAN $ 75460.00)   $ 68819.10

**INTEREST**  11-01-02 TO 2-01-03
RATE     3 PERIODS @  07.5000 % (360) $ 1290.36
PER DIEM 0 DAYS    @ $ 14.1409 (365) $    .00

TOTAL INTEREST DUE                            $ 1290.36

**LATE FEES DUE**                              $   63.35

**COSTS**

NOTA:
El importe del Balance de Cancelación debe realizarse mediante Cheque Certificado, Giro Bancario o Cheque de Gerente.

ENVIO DOCUMENTOS           $  10.00
L/C                        $  21.11
RESERVA REQUERIDA          $    .00
C\P C.MATOS                $    .00

TOTAL COSTS                                   $   31.11
PREPAYMENT FEE                                $     .00

FEES - CHARGES DUE                            $   33.94
BANKRUPT LEDGER/FORECLOSURE EXPENSES          $     .00
PRINCIPAL ADVANCED                            $     .00

SUBTOTAL                                      $ 70237.86

**LESS**

ESCROW RESERVES            $ 468.94
ACCRUED ESCROW INTEREST    $    .00
CURRENT ESCROW INTEREST    $    .00
ESCROW APPROVED TO PAY     $    .00

LENDER WILL REFUND  $ 468.94
ESCROW APPLIED TO PAYOFF                      $     .00
PARTIAL BALANCE                               $     .00
BUYDOWN BALANCE                               $     .00

**TOTAL FUNDS REQUIRED TO PAYOFF LOAN**       $ 70237.86

**PAYOFF FIGURE IS GOOD TO**  1/31/03 ~~2-01-03~~.  **VOID AFTER THIS DATE.**

IMPORTANTE:** ESTE BALANCE ESTA SUJETO A VERIFICACION FINAL AL MOMENTO DE PRESENTARSE PARA CANCELACION. CARGOS ADICIONALES PUEDEN SURGIR DESPUES DE LA FECHA DE EMISION DE ESTE BALANCE. ** IMPORTANTE**

SIGNED  _[signature]_

Prepared by: CA.MATOS

LS209.0    MC OFFICE Software

# Summary Appraisal Report
## UNIFORM RESIDENTIAL APPRAISAL REPORT
File No. LC-2003-01

### Property Description

| | | | |
|---|---|---|---|
| Property Address 141-16 411 ST. VILLA CAROLINA DEV. | City CAROLINA | State P.R. | Zip Code 00983 |
| Legal Description 324.00 SQUARE METERS (SEE MASTER) | | County 031 | |
| Assessor's Parcel No. N/A | Tax Year N/A | R.E. Taxes $ 0.00 | Special Assessments $ 0.00 |
| Borrower LUIS MENDEZ | Current Owner LUIS MENDEZ | Occupant: ☒ Owner ☐ Tenant ☐ Vacant | |
| Property rights appraised ☒ Fee Simple ☐ Leasehold | Project Type ☐ PUD ☐ Condominium (HUD/VA only) | HOA $ /Mo. | |
| Neighborhood or Project Name VILLA CAROLINA DEV. | Map Reference 7440 | Census Tract 508.02 | |
| Sale Price $ N/A | Date of Sale N/A | Description and $ amount of loan charges/concessions to be paid by seller N/A | |
| Lender/Client OWNERS KNOW LEDGE | Address | | |
| Appraiser ROBERTO SANTIAGIO AYALA. | Address VIA 23 LL 24 VILLA FONTANA CAROLINA P.R. | | |

### Neighborhood

| Location | ☒ Urban ☐ Suburban ☐ Rural | Predominant occupancy | Single family housing PRICE $(000) / AGE (yrs) | Present land use % | Land use change |
|---|---|---|---|---|---|
| Built up | ☒ Over 75% ☐ 25-75% ☐ Under 25% | | | One family 80 | ☒ Not likely ☐ Likely |
| Growth rate | ☐ Rapid ☒ Stable ☐ Slow | ☒ Owner | 70 Low 20 | 2-4 family 10 | ☐ In process |
| Property values | ☐ Increasing ☒ Stable ☐ Declining | ☐ Tenant | 150 High 40 | Multi-family 00 | To: NO LAND USE |
| Demand/supply | ☐ Shortage ☒ In balance ☐ Over supply | ☒ Vacant (0-5%) | Predominant | Commercial 05 | CHANGE ANTICIPATED |
| Marketing time | ☐ Under 3 mos. ☒ 3-6 mos. ☐ Over 6 mos. | ☐ Vac.(over 5%) | 100 30 | 05 | |

**Note: Race and the racial composition of the neighborhood are not appraisal factors.**

Neighborhood boundaries and characteristics: IN THE NORTH:VILLA CAROLINA DEV...; IN THE SOUTH: MONSERRATE AVE.; IN THE WEST: ROBERTO CLEMENTE AVE. IN THE EAST:VILLA CAROLINA DEV.

Factors that affect the marketability of the properties in the neighborhood (proximity to employment and amenities, employment stability, appeal to market, etc.): NO ADVERSE FACTOR WHICH MIGHT AFFECT MARKETABILITY WERE OBSERVED AT TIME OF INSPECTION. SUBJECT PROPERTY IS LOCATED ON A MIDDLE INCOME SOCIO ECONOMIC COMMUNITY AT THE URBAN AREA OF CAROLINA MUNICIPALITY. IT IS SERVED BY ALL INHERENT URBAN UTILITIES AND COMMUNITY FACILITIES. TRANSPORTATION AVAILABLE AT ROBERTO CLEMENTE AVE.

Market conditions in the subject neighborhood (including support for the above conclusions related to the trend of property values, demand/supply, and marketing time -- such as data on competitive properties for sale in the neighborhood, description of the prevalence of sales and financing concessions, etc.): INVESTIGATION OF MARKET DATA AT SUBJECTS NEIGHBORHOOD SHOWS THAT SALE OF PROPERTIES IN THE AREA TYPICALLY TAKES OVER SIX MONTHS.NO SPECIAL FINANCING CINCESSIONS ARE NEEDED BECAUSE FINANCING IS READILY AVAILABLE FROM A VARIETY OF SOURCES.

### PUD

Project Information for PUDs (If applicable) -- Is the developer/builder in control of the Home Owners' Association (HOA)? ☐ Yes ☐ No
Approximate total number of units in the subject project         Approximate total number of units for sale in the subject project
Describe common elements and recreational facilities: NOT A PUD DEVELOPMENT.

### Site

| | | | |
|---|---|---|---|
| Dimensions SEE LEGAL DEED | | Topography | LEVEL |
| Site area 324.00 SM | Corner Lot ☐ Yes ☒ No | Size | TYPICAL |
| Specific zoning classification and description RESIDENTIAL | | Shape | RECTANGULAR |
| Zoning compliance ☒ Legal ☐ Legal nonconforming (Grandfathered use) ☐ Illegal ☐ No zoning | | Drainage | ADEQUATE |
| Highest & best use as improved: ☒ Present use ☐ Other use (explain) | | View | AVERAGE |

| Utilities | Public | Other | Off-site Improvements | Type | Public | Private | | |
|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | | Street | ASPHALT | ☒ | ☐ | Landscaping | AVERAGE |
| Gas | ☐ | | Curb/gutter | CONCRETE | ☒ | ☐ | Driveway Surface | YES/CONCRETE |
| Water | ☒ | | Sidewalk | CONCRETE | ☒ | ☐ | Apparent easements | NONE OBSERVED |
| Sanitary sewer | ☒ | | Street lights | CONCRETE | ☒ | ☐ | FEMA Special Flood Hazard Area | ☒ Yes ☐ No |
| Storm sewer | ☒ | | Alley | NONE | ☐ | ☐ | FEMA Zone C | Map Date 12-90 |
| | | | | | | | FEMA Map No. | 720000-0058 C |

Comments (apparent adverse easements, encroachments, special assessments, slide areas, illegal or legal nonconforming zoning use, etc.): NO ADVERSE EASEMENTS, ENCROACHMENTS OR SPECIAL ASSESSMENTS WERE OBSERVED IN THE INSPECTION DATE. FLOOD INSURANCE IS RECOMENDED.

### Description of Improvements

| GENERAL DESCRIPTION | | EXTERIOR DESCRIPTION | | FOUNDATION | | BASEMENT | | INSULATION | | |
|---|---|---|---|---|---|---|---|---|---|---|
| No. of Units | ONE | Foundation | R.C. | Slab | R.C. | Area Sq. Ft. | NONE | Roof | N/A | ☐ |
| No. of Stories | ONE | Exterior Walls | RC/CB | Crawl Space | NONE | % Finished | N/A | Ceiling | N/A | ☐ |
| Type (Det./Att.) | DETACH | Roof Surface | R.C. | Basement | NONE | Ceiling | N/A | Walls | N/A | ☐ |
| Design (Style) | AVERAGE | Gutters & Dwnspts. | R.C. | Sump Pump | NO | Walls | N/A | Floor | N/A | ☐ |
| Existing/Proposed | YES | Window Type | ALUM/GLASS | Dampness | NO EVID. | Floor | N/A | None | | ☒ |
| Age (Yrs.) | 30 | Storm/Screens | NONE | Settlement | NO EVID. | Outside Entry | N/A | Unknown | N/A | ☐ |
| Effective Age (Yrs.) | 09 | Manufactured House | NONE | Infestation | NO EVID. | | | | | |

| ROOMS | Foyer | Living | Dining | Kitchen | Den | Family Rm. | Rec. Rm. | Bedrooms | # Baths | Laundry | Other | Area Sq. Ft. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Basement | | | | | | | | | | | | |
| Level 1 | | 1 | 1 | 1 | | | | 3 | 2 | | | 1,125 |
| Level 2 | | | | | | | | | | | | |

Finished area above grade contains: 6 Rooms; 3 Bedroom(s); 2 Bath(s); 1,125 Square Feet of Gross Living Area

| INTERIOR | Materials/Condition | HEATING | | KITCHEN EQUIP. | | ATTIC | | AMENITIES | | CAR STORAGE: | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Floors | CER/AVE | Type | N/A | Refrigerator | ☒ | None | ☒ | Fireplace(s) # | ☐ | None | ☐ |
| Walls | C.B./AVE | Fuel | N/A | Range/Oven | ☒ | Stairs | ☐ | Patio | ☒ | Garage | # of cars |
| Trim/Finish | CONCRETE/AVE | Condition | N/A | Disposal | ☐ | Drop Stair | ☐ | Deck | ☐ | Attached | X |
| Bath Floor | CERAMIC/AVE | COOLING | YES | Dishwasher | ☐ | Scuttle | ☐ | Porch | ☒ | Detached | |
| Bath Wainscot | CERAMIC/AVE | Central | N/A | Fan/Hood | ☒ | Floor | ☐ | Fence | ☒ | Built-In | |
| Doors | WOOD/AVE | Other | N/A | Microwave | ☒ | Heated | ☐ | Pool | ☐ | Carport | YES |
| | | Condition | YES | Washer/Dryer | ☒ | Finished | ☐ | | | Driveway | CONCRETE |

Additional features (special energy efficient items, etc.): FENCES, PAVED AREAS,I/W, CARPORT,PCH,STUDIO.

### Comments

Condition of the improvements, depreciation (physical, functional, and external), repairs needed, quality of construction, remodeling/additions, etc.: NO FUNTIONAL OR EXTERNAL OBSOLESCENCE NOTED AT THE TIME OF INSPECTION. GENERAL ESTIMATED DEPRECETION 15 %. .

Adverse environmental conditions (such as, but not limited to, hazardous wastes, toxic substances, etc.) present in the improvements, on the site, or in the immediate vicinity of the subject property.: NO ADVERSE ENVIRONMENTAL CONDITIONS WERE OBSERVED IN THE SUBJECT SITE.

# UNIFORM RESIDENTIAL APPRAISAL REPORT

**Valuation Section**

## Cost Approach

| | | | |
|---|---|---|---|
| ESTIMATED SITE VALUE | 324.00 | = $ | 25,900 |
| ESTIMATED REPRODUCTION COST-NEW-OF IMPROVEMENTS: | | | |
| Dwelling | 1,125 Sq. Ft. @ $ 55.00 | = $ | 61,900 |
| | Sq. Ft. @ $ | = | |
| P/A, PCH, IW, FNC, STUDIO. | | = | 10,000 |
| Garage/Carport 308 | Sq. Ft. @ $ 25.00 | = | 7,700 |
| Total Estimated Cost New | | = $ | 79,600 |
| Less Physical Functional External | | | |
| Depreciation 11,900 | | = $ | 11,900 |
| Depreciated Value of Improvements | | = $ | 67,700 |
| "As-is" Value of Site Improvements | | = $ | |
| INDICATED VALUE BY COST APPROACH | | = $ | 93,600 |

Comments on Cost Approach (such as, source of cost estimate, site value, square foot calculation and for HUD, VA and FmHA, the estimated remaining economic life of the property): SITE VALUE IS BASED OF REVIEW OF RECENT LAND SALES REPRODUCTION COST DEVELOPMENT BY USING MARSHALL AND SWIFT, VALUATION SERVICE VERIFIED BY APPRAISERS FILES AND LOCAL COST DATA. ECONOMIC REMAINING LIFE WAS 50 YEARS.

## Sales Comparison Analysis

| ITEM | SUBJECT | COMPARABLE NO. 1 | | COMPARABLE NO. 2 | | COMPARABLE NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address | 141-16 411 ST. VILLA CAROLINA DEV. | 22-12 18 ST. VILLA CAROLINA | | 111-41 80 ST. VILLA CAROLINA DEV. | | 184-30 519 ST. VILLA CAROLINA DEV. | |
| Proximity to Subject | | SAME DEV. | | SAME DEV. | | SAME DEV. | |
| Sales Price | $ N/A | $ 92,000 | | $ 90,000 | | $ 85,500 | |
| Price/Gross Living Area | $ | $ 82.96 | | $ 69.77 | | $ 77.73 | |
| Data and/or Verification Source | FIELD INSPECTION | LUIS ABREU & ASSOCIATES OFFICE FILES | | LUIS ABREU & ASSOCIATES OFFICE FILES | | LUIS ABREU & ASSOCITES OFFICE FILES | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-)$ Adjust. | DESCRIPTION | +(-)$ Adjust. | DESCRIPTION | +(-)$ Adjust. |
| Sales or Financing Concessions | | | | | | | |
| Date of Sale/Time | | 06/02 | | 05/02 | | 08/02 | |
| Location | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Leasehold/Fee Simple | FEE SIMPLE | FEE SIMPLE | | FEE SIMPLE | | FEE SIMPLE | |
| Site | 324.00 SM | 406 SM | -6,600 | 336 SM | -1,000 | 324 SM | |
| View | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Design and Appeal | AVERAGE | AVE/AVE | | AVE/AVE | | AVE/AVE | |
| Quality of Construction | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Age | 30 YEARS | 32 YEARS | | 25 YEARS | | 35 YEARS | |
| Condition | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Above Grade Room Count | Total 6 / Bdrms 3 / Baths 2 | Total 6 / Bdrms 3 / Baths 2 | | Total 6 / Bdrms 3 / Baths 2 | | Total 6 / Bdrms 4 / Baths 2 | |
| Gross Living Area | 1,125 Sq. Ft. | 1,109 Sq. Ft. | +700 | 1,290 Sq. Ft. | -7,700 | 1,100 Sq. Ft. | +1,200 |
| Basement & Finished | NONE | NONE | | NONE | | NONE | |
| Rooms Below Grade | N/A | NONE | | NONE | | NONE | |
| Functional Utility | AVERAGE | AVERAGE | | AVERAGE | | AVERAGE | |
| Heating/Cooling | NONE | NONE | | NONE | | NONE | |
| Energy Efficient Items | NONE | NONE | | NONE | | NONE | |
| Garage/Carport | EXT CARPORT | EXT CARPORT | | EXT CARPORT | | EXT CARPORT | |
| Porch, Patio, Deck, Fireplace(s), etc. | IW,PA,FNC,PCH STUDIO | PA,FNC,IW,LND PCH,ALM CPT | +5,000 | IW,PA,FNC,PCH NONE | +8,000 | IW,PA,FEN,PCH LAU,STG,BTH | +3,000 |
| Fence, Pool, etc. | | | | | | | |
| Net Adj. (total) | | ☐ + ☒ - $ | 900 | ☐ + ☒ - $ | 700 | ☒ + ☐ - $ | 4,200 |
| Adjusted Sales Price of Comparable | | Net 1.0 % Gross 13.4 % $ | 91,100 | Net 0.8 % Gross 18.6 % $ | 89,300 | Net 4.9 % Gross 4.9 % $ | 89,700 |

Comments on Sales Comparison (including the subject property's compatibility to the neighborhood, etc.): SALE ANALYSIS DATA INDICATES A RANGE OF VALUE FROM $89,300.00 TO $91,100.00. WITH THE MOST PROBABLE MARKET VALUE OF $89,700.00 BEING INDICATED AT COMPARABLE #3 THE MOST RECENT SALE.

| ITEM | SUBJECT | COMPARABLE NO. 1 | COMPARABLE NO. 2 | COMPARABLE NO. 3 |
|---|---|---|---|---|
| Date, Price and Data Source, for prior sales within year of appraisal | NONE N/A ACTUAL OWNER | NONE N/A P.RECORDS | NONE N/A P.RECORDS | NONE N/A P.RECORDS |

Analysis of any current agreement of sale, option, or listing of subject property and analysis of any prior sales of subject and comparables within one year of the date of appraisal: AT THE TIME OF THIS APPRAISAL REPORT THE APPRAISER WERE NOT INFORMED OF ANY OF THE ABOVE. HOWEVER THE SPECIFIC SCOPE AREA IS NOT KNOWN AS A HIGHLY SPECULATIVE MARKET AREA.

INDICATED VALUE BY SALES COMPARISON APPROACH $ 89,700

INDICATED VALUE BY INCOME APPROACH (If Applicable) Estimated Market Rent $ /Mo. x Gross Rent Multiplier = $

This appraisal is made ☒ "as is" ☐ subject to the repairs, alterations, inspections or conditions listed below ☐ subject to completion per plans & specifications.

Conditions of Appraisal: COMPARABLE SALES USED ARE FROM SAME SECTOR AND SIMILAR CHARACTERISTICS.

Final Reconciliation: THE FINAL ESTIMATE OF MARKET VALUE IS BASED ON THE DIRECT SALES COMPARISON APPROACH METHOD OF VALUATION, WHICH IS WELL SUPPORTED BY THE COST APPROACH METHOD OF VALUATION.

The purpose of this appraisal is to estimate the market value of the real property that is the subject of this report, based on the above conditions and the certification, contingent and limiting conditions, and market value definition that are stated in the attached Freddie Mac Form 439/FNMA form 1004B (Revised 6/93 ).

I (WE) ESTIMATE THE MARKET VALUE, AS DEFINED, OF THE REAL PROPERTY THAT IS THE SUBJECT OF THIS REPORT, AS OF 01-03-03 (WHICH IS THE DATE OF INSPECTION AND THE EFFECTIVE DATE OF THIS REPORT) TO BE $ 89,700

APPRAISER:
Signature
Name JENNFER SANTIAGO ORTIZ
Date Report Signed 01-07-03
State Certification #
Or State License # E.P.A. 693       State P.R.

SUPERVISORY APPRAISER (ONLY IF REQUIRED):
Signature
Name ROBERTO SANTIAGO AYALA
Date Report Signed 01-07-03
State Certification # GENERAL CERTIFIED NO. 53
Or State License # E.P.A. LIC. NO. 207, FHA 2123       State P.R.

☒ Did ☐ Did Not Inspect Property

## Subject Photo Page

Borrower/Client  LUIS MENDEZ
Property Address  141-16 411 ST. VILLA CAROLINA DEV.
City  CAROLINA     County  031     State  P.R.     Zip Code  00983
Lender  OWNERS KNOW LEDGE



**Subject Front**

141-16 411 ST. VILLA
Sales Price   N/A
GLA          1,125
Total Rooms   6
Total Bedrms  3
Total Bathrms 2
Location     AVERAGE
View         AVERAGE
Site         324.00 SM
Quality      AVERAGE
Age          30 YEARS



**Subject Rear**



**Subject Street**

# SKETCH ADDENDUM

File No. _____

Borrower _____
Property Address _____
City _____ County _____ State _____ Zip Code _____
Lender/Client _____ Address _____



**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have researched the subject market area and have selected a minimum of three recent sales of properties most similar and proximate to the subject property for consideration in the sales comparison analysis and have made a dollar adjustment when appropriate to reflect the market reaction to those items of significant variation. If a significant item in a comparable property is superior to, or more favorable than, the subject property, I have made a negative adjustment to reduce the adjusted sales price of the comparable and, if a significant item in a comparable property is inferior to, or less favorable than the subject property, I have made a positive adjustment to increase the adjusted sales price of the comparable.

2. I have taken into consideration the factors that have an impact on value in my development of the estimate of market value in the appraisal report. I have not knowingly withheld any significant information from the appraisal report and I believe, to the best of my knowledge, that all statements and information in the appraisal report are true and correct.

3. I stated in the appraisal report only my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the contingent and limiting conditions specified in this form.

4. I have no present or prospective interest in the property that is the subject to this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or the estimate of market value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property.

5. I have no present or contemplated future interest in the subject property, and neither my current or future employment nor my compensation for performing this appraisal is contingent on the appraised value of the property.

6. I was not required to report a predetermined value or direction in value that favors the cause of the client or any related party, the amount of the value estimate, the attainment of a specific result, or the occurrence of a subsequent event in order to receive my compensation and/or employment for performing the appraisal. I did not base the appraisal report on a requested minimum valuation, a specific valuation, or the need to approve a specific mortgage loan.

7. I performed this appraisal in conformity with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place as of the effective date of this appraisal, with the exception of the departure provision of those Standards, which does not apply. I acknowledge that an estimate of a reasonable time for exposure in the open market is a condition in the definition of market value and the estimate I developed is consistent with the marketing time noted in the neighborhood section of this report, unless I have otherwise stated in the reconciliation section.

8. I have personally inspected the interior and exterior areas of the subject property and the exterior of all properties listed as comparables in the appraisal report. I further certify that I have noted any apparent or known adverse conditions in the subject improvements, on the subject site, or on any site within the immediate vicinity of the subject property of which I am aware and have made adjustments for these adverse conditions in my analysis of the property value to the extent that I had market evidence to support them. I have also commented about the effect of the adverse conditions on the marketability of the subject property.

9. I personally prepared all conclusions and opinions about the real estate that were set forth in the appraisal report. If I relied on significant professional assistance from any individual or individuals in the performance of the appraisal or the preparation of the appraisal report, I have named such individual(s) and disclosed the specific tasks performed by them in the reconciliation section of this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in the report; therefore, if an unauthorized change is made to the appraisal report, I will take no responsibility for it.

**SUPERVISORY APPRAISER'S CERTIFICATION:** If a supervisory appraiser signed the appraisal report, he or she certifies and agrees that: I directly supervise the appraiser who prepared the appraisal report, have reviewed the appraisal report, agree with the statements and conclusions of the appraiser, agree to be bound by the appraiser's certifications numbered 4 through 7 above, and am taking full responsibility for the appraisal and the appraisal report.

**ADDRESS OF PROPERTY APPRAISED:** 141-16 411 ST. VILLA CAROLINA DEV., CAROLINA, P.R. 00983

| APPRAISER: | SUPERVISORY APPRAISER (only if required): |
|---|---|
| Signature: | Signature: |
| Name: JENNIFER SANTIAGO ORTIZ | Name: ROBERTO SANTIAGO AYALA |
| Date Signed: 01-07-03 | Date Signed: 01-07-03 |
| State Certification #: | State Certification #: GENERAL CERTIFIED NO. 53 |
| or State License #: E.P.A. 693 | or State License #: E.P.A. LIC. NO. 207, FHA 2123 |
| State: P.R. | State: P.R. |
| Expiration Date of Certification or License: | Expiration Date of Certification or License: |
| | ☒ Did ☐ Did Not Inspect Property |

ESTADO LIBRE ASOCIADO DE PUERTO RICO
DEPARTAMENTO DE JUSTICIA
REGISTRO DE LA PROPIEDAD
SECCION SEGUNDA DE CAROLINA

Yo, Hon. Wilfredo Colòn Rosa, Registrador de la Propiedad de Puerto Rico, Seccion Segunda de Carolina, y a solicitud del Sr. Luis A. Mèndez Torres, quièn solicita certificaciòn de los folios de la finca número 28,194 correspondiente al término municipal del Municipio de Carolina.

CERTIFICO

Que todos los folios que surgen de la finca número 28,194 son fotocopiadas selladas e iniciadas del (los) folio (s) 99 al (los) folio (s) 101 inclusive del (los) tomo (s) 701 de Carolina.

PROPIETARIO REGISTRAl: Dicha propiedad consta inscrita a favor de: don LUIS ANTONIO MENDEZ TORRES y su esposa THILZA CORDOVA MARTINEZ. Segùn surge de la inscripciòn SEGUNDA.

CARGAS Y GRAVAMENES:

POR SU PROCEDENCIA: 1) Servidumbres.
2) Condiciones Restrictivas de Uso y Limitaciòn a la Construcciòn.

POR SI: 1) HIPOTECA: Por la suma principal de $75,460.00 dòlares, en garantìa de un pagarè a favor de First Financial Caribbean Corporation, haciendo negocios como H. F. Mortgage Bankers, o a su orden, segùn surge de la inscripciòn SEGUNDA.

Y no apareciendo de los Registros de Embargos a del Estado Libre Asociado de Puerto Rico, Gravámenes por Contribuciones a favor de Estados Unidos de América, Sentencias, Asiento alguno en relación a dicha finca.

Expido la presente, hoy en Carolina, Puerto Rico, siendo las Ocho de la mañana del día 02 de enero del año 2,002.

Derechos: $9.00
COMP. NUM: h-0000-7987c45a
NUMERO TRES ARANCEL

COT.

por

HON. WILFREDO COLON ROSA
Registrador de la Propiedad
Sección Segunda de Carolina

28194ca

